**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **BRANDON LEE MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **1:26-CV-00157-JB-N** |
| **EQUIFAX INFORMATION SERVICES,** | ) | |
| **LLC, and SYNCHRONY BANK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Synchrony Bank ("Synchrony"), by and through counsel, and moves the court for an extension of time to file its responsive pleading in this action by twenty-one (21) days.  The requested extension period has been agreed to by counsel for Plaintiff and the instant motion is made without objection.  As grounds therefor, Synchrony states as follows:

1.      Synchrony requires additional time to research its records in order to file a meaningful response to Plaintiff's complaint.

2.      Counsel for Synchrony has consulted with counsel for Plaintiff.  Plaintiff does not oppose the requested extension of twenty-one (21) days.

WHEREFORE, the above premises considered, Defendant Synchrony Bank moves the Court for entry of an order granting the requested extension of time to file its answer.

/s/ Gilbert C. Steindorff IV
Gilbert C. Steindorff IV

One of the Attorneys for Defendant
Synchrony Bank

WITHOUT OPPOSITON BY
COUNSEL TO PLAINTIFF:
Jenna Dakroub
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
Tel: 602.807.1525
jdakroub@comsumerjustice.com

OF COUNSEL TO DEFENDANT:
Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC
2115 Maxie Thomas Way
P.O. Box 2863
Tuscaloosa, AL 35403
Tel: 205.391.0073
jlittle@rrllaw.com

Gilbert C. Steindorff IV
REYNOLDS, REYNOLDS & LITTLE, LLC
2100 Southbridge Parkway, Suite 228
Birmingham, AL 35209
Tel: 205.225.7372

CERTIFICATE OF SERVICE

I certify that on this 26th day of May, 2026, I caused a true and correct copy of the above and foregoing to be served on all parties through counsel of record by filing same with the CM/ECF system, which will provide notice to:

Jenna Dakroub
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
Tel: 602.807.1525
michael@jlarsenlaw.com

Gilbert C. Steindorff IV
OF COUNSEL