**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| BRANDON LEE MILLER, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| v. | ) | |
| | ) | **1:26-CV-00157-JB-N** |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC, and SYNCHRONY BANK, | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant Synchrony Bank ("Synchrony"), by and through counsel, and moves the court for an additional extension of time to file its responsive pleading in this action by fourteen (14) days.  The requested extension period has been agreed to by counsel for Plaintiff and the instant motion is made without objection.  As grounds therefor, Synchrony states as follows:

1.      Synchrony requires additional time to research its records in order to file a meaningful response to Plaintiff's complaint.

2.      Counsel for Synchrony has consulted with counsel for Plaintiff.  Plaintiff does not oppose the requested extension of fourteen (14) days.

WHEREFORE, the above premises considered, Defendant Synchrony Bank moves the Court for entry of an order granting the requested extension of time to file its answer.

/s/ Gilbert C. Steindorff IV
Gilbert C. Steindorff IV

One of the Attorneys for Defendant
Synchrony Bank

WITHOUT OPPOSITON BY
COUNSEL TO PLAINTIFF:
Jenna Dakroub
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
Tel: 602.807.1525
jdakroub@comsumerjustice.com

OF COUNSEL TO DEFENDANT:
Justin B. Little
REYNOLDS, REYNOLDS & LITTLE, LLC
2115 Maxie Thomas Way
P.O. Box 2863
Tuscaloosa, AL 35403
Tel: 205.391.0073
jlittle@rrllaw.com

Gilbert C. Steindorff IV
REYNOLDS, REYNOLDS & LITTLE, LLC
2100 Southbridge Parkway, Suite 228
Birmingham, AL 35209
Tel: 205.225.7372

CERTIFICATE OF SERVICE

I certify that on this 16th day of June, 2026, I caused a true and correct copy of the above and foregoing to be served on all parties through counsel of record by filing same with the CM/ECF system, which will provide notice to:

Jenna Dakroub
CONSUMER JUSTICE LAW FIRM PLC
16130 Ventura Blvd., Suite 300
Encino, CA 91436
Tel: 602.807.1525
michael@jlarsenlaw.com

Joseph David Steadman, Jr.
JONES WALKER LLP
RSA Battle House Tower
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel: 251.439.7534
jsteadman@joneswalker.com

Brock Phillips
MAYNARD NEXSEN PC
1906 6th Avenue N., Suite 2400
Birmingham, AL 35203
Tel: 205.254.1981
bphillips@maynardnexsen.com

Gilbert C. Steindorff IV
OF COUNSEL