# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON LEE MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO. 1:26-CV-00157-JB-N** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC and SYNCHRONY** | ) | |
| **BANK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION TO WITHDRAW

COMES NOW W. Brock Phillips, one of the attorneys for Defendant Equifax Information Services, LLC in the above captioned lawsuit, respectfully moves the Court for leave to withdraw as counsel for Equifax Information Services, LLC and respectfully shows unto the Court that he has been replaced as counsel for Equifax Information Services, LLC by Joseph David Steadman, Jr. of the firm of Jones Walker, LLP.

WHEREFORE, W. Brock Phillips respectfully requests the Court enter an Order permitting him to withdraw as counsel for Equifax Information Services, LLC in this action and relieving him from any further responsibility as its attorney in this action.

2

Respectfully submitted this 17th day of June, 2026.

/s/ Brock Phillips
W. Brock Phillips
Email:  bphillips@maynardnexsen.com
Maynard Nexsen, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama  35203
Telephone:   (205) 254-1000

# **CERTIFICATE OF SERVICE**

I hereby certify that, on June 17, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record.

/s/ *W. Brock Phillips*
OF COUNSEL

3