**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

|  |  |
|---|---|
| **Brandon Lee Miller** | * |
|  | * |
|  | * |
| Plaintiff, | * |
| vs. | * Case No. **1:26-cv-00157-JB-N** |
|  | * |
| **Equifax Information Services, LLC, and Synchrony Bank** | * |
|  | * |
|  | * |
| Defendant. | * |

**MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE**

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1.      **Party/Parties for whom you are requesting to appear:**

**Plaintiff Brandon Lee Miller**

2.      **State:**

**(a) Full name: Tarek N. Chami**

**(b) Present business address: 835 Mason St, Suite C349, Dearborn, MI 48124**

**(c) Office telephone number and email: T: (313) 447-0488; E: tchami@consumerjustice.com**

**(d) Name of your firm, company or agency: Consumer Justice Law Firm PLC**

3.      **State the law school(s) you have attended, specifying the dates and the degrees(s) you have received:**

**Toledo Law School, University of Toledo (9/2009 - 05/2012), Juris Doctor**

4.      **(a) Are you a member in good standing of the bar of the Supreme Court of Alabama? No.**

**(b) If so, state the month and year you were admitted:**

**(c) Are you a member in good standing of the bar of any other state's highest court? Yes.**

**(d) If so, name the state(s) and the month and year you were admitted:**
**Michigan Supreme Court, October 2012**

5.      **Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing: See attachment A.**

6.      **Are you regularly engaged in the practice of law in the State of Alabama? No.**

---
[1] Attach additional pages as needed for complete responses.

7.     (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? **Yes, Florida Bar on a temporary basis in 2014.**

(b) If so, describe fully the circumstances: **They felt that I was not fully transparent with regards to my financial/debt obligations at that time.**

8.     (a) Do you presently have pending against you any disciplinary charges by any court or bar association? **No.**

(b) If so, describe fully the circumstances: _____

9.     (a) Have you ever been cited for contempt by any federal or state court? **No.**

(b) If so, describe fully the circumstances: _____

10.    (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? **No.**

(b) If so, describe fully the circumstances: _____

11.    Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court? **Yes.**

12.    Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court? **Yes.**

(The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at **(www.alsd.uscourts.gov/.)**

13.    I declare under penalty of perjury that the foregoing is true and correct.

**Tarek N. Chami** _____
Applicant Name

Date: **6/25/2026** _____

**Oath of Admission:**

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

_____ **/s/ Tarek N. Chami** _____
Signature of Attorney

# ATTACHMENT A

| ADMISSIONS: | BAR NO.: | DATE: |
|---|---|---|
| Michigan Supreme Court | P76407 | 10/29/2012 |
| Eastern District of Michigan | P76407 | 12/19/2012 |
| Western District of Michigan | | 04/23/2019 |
| Northern District of Illinois | P76407 | 05/22/2019 |
| Western District of Tennessee | | 10/29/2020 |
| District of New Mexico | | 09/26/2023 |
| Southern District of Indiana | | 09/26/2023 |
| Northern District of Ohio | | 10/03/2023 |
| Northern District of Oklahoma | | 11/29/2023 |
| Central District of Illinois | | 1/31/2024 |
| Court of Appeals 11th Circuit | | 4/25/2025 |
| Court of Appeals 9th Circuit | | 4/30/2025 |
| Court of Appeals 6th Circuit | | 10/2/2020 |
| | | |
| **PROHACVICE:** | | |
| District of Nevada | | |
| Northern District of Iowa | | |
| Middle District of Tennessee | | |
| Northern District of California | | |
| District of Delaware | | |
| Southern District of Ohio | | |
| Middle District of Florida | | |
| District of Puerto Rico | | |